```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03930
   KIRSTEN A TAYLOR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7714

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was not confirmed.

     The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES   CURRENT MORTG         .00           .00           .00
AMC MORTGAGE SERVICES   MORTGAGE ARRE         .00           .00           .00
AMC MORTGAGE SERVICES   UNSEC W/INTER  NOT FILED           .00           .00
CAPITAL ONE             UNSEC W/INTER    745.69            .00           .00
COMCAST                 UNSEC W/INTER  NOT FILED           .00           .00
FIFTH THIRD BANK        UNSEC W/INTER  NOT FILED           .00           .00
FIRST PREMIER BANK      UNSEC W/INTER  NOT FILED           .00           .00
ECAST SETTLEMENT CORP   UNSEC W/INTER   1196.28            .00           .00
ECAST SETTLEMENT CORP   UNSEC W/INTER   1023.82            .00           .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER  7110.59            .00           .00
WORLD FINANCIAL NETWORK UNSEC W/INTER    359.45            .00           .00
FIFTH THIRD BANK        SECURED         2158.00            .00        239.76
DOLLIE I WARREN REED    DEBTOR ATTY     1,500.00                     1,500.00
TOM VAUGHN              TRUSTEE                                        120.34
DEBTOR REFUND           REFUND                                       1,483.14

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              3,343.24

PRIORITY                                       .00
SECURED                                     239.76
UNSECURED                                      .00
ADMINISTRATIVE                            1,500.00
TRUSTEE COMPENSATION                        120.34
DEBTOR REFUND                             1,483.14
                    --------------      --------------
TOTALS               3,343.24             3,343.24



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03930 KIRSTEN A TAYLOR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE